[Civ. No. 4749. Third Appellate District.—February 20, 1933.]

JOHN STENOVICH, Respondent, v. J. C. MILES, etc., et al., Appellants.

Ray W. Hays for Appellants.

Conley, Conley & Conley, W. M. Conley, Philip Conley and Matthew Conley for Respondent.

THE COURT.—This is a suit for injuries sustained in an automobile collision.

The record on appeal in this case is similar to that which is involved in *Cornelius Noble and Pansy H. Noble, Husband and Wife,* v. *J. C. Miles, etc., et al.,* (Civ. No. 4748) *ante,* p. 724 [19 Pac. (2d) 265], in which an opinion of this court was this day filed. This appeal involves the same issues which were determined in that case.

Upon the authority of that case the judgment is affirmed.